# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 21, 2010

## No. **09-2908**

UNITED STATES OF AMERICA
v.
RUSSELL CHRISTIE, Appellant
(D.N.J. No. 2-07-cr-00332-001)

**Present:** **RENDELL, JORDAN and GREENAWAY, JR., Circuit Judges.**

Motion by Appellee to publish the panel opinion filed on **09/15/10**.

 /s/ Anthony Infante
Anthony Infante
Case Manager     267-299-4916

**O R D E R**

**The foregoing** Motion by Appellee to publish the panel opinion filed on **09/15/10**, is hereby GRANTED.

**By the Court,**

 /s/   Kent A. Jordan
**Circuit Judge**

**Dated:** 15 October 2010